UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD RICHARD STROUD, JR.,<br><br>                             Plaintiff,<br><br>v.<br><br>SHERIFF WILLIAM D. GORE, et al.,<br><br>                            Defendants. | Case No.: 18-CV-515-JLS (MDD)<br><br>**ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS ELECTRONICALLY**<br><br>(ECF No. 81) |

Presently before the Court is pro se Plaintiff Willard Richard Stroud, Jr.'s Declaration (ECF No. 81), which the Court construes as a motion seeking leave to access CM/ECF and file documents electronically.

Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. CivLR 5.4(a). With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (Mar. 3, 2021) [hereinafter "*ECF Manual*"], *available at* https://www.casd.uscourts.gov/ _assets/pdf/cmecf/Electronic%20Case%20Filing%20Procedures%20Manual.pdf. "A pro

se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.* The *ECF Manual* refers to the Court's official website for CM/ECF technical specifications, *id.* at § 1(i), which include a "[c]omputer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as "Adobe Acrobat 7.0 and higher"; "[i]nternet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as "Firefox 15, Internet Explorer 9, and Safari 5.1/6 or later version"; a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)"; and a PACER account. United States District Court, Southern District of California, *CM/ECF Information: General Info*, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited Mar. 5, 2021).

Here, Plaintiff has provided no information about his access to technology conforming to the CM/ECF technical specifications noted above; however, the Court is also mindful of the difficulties noted by Plaintiff as a result of not being able to electronically file in this matter, particularly in light of the restrictions the COVID-19 pandemic has necessitated on library access. Accordingly, the Court **CONDITIONALLY GRANTS** Plaintiff's Motion (ECF No. 81). Plaintiff **SHALL REGISTER** as a user with the Clerk's Office and as a subscriber per section 2(b) of the *ECF Manual* and **SHALL FILE**, within fourteen (14) days of the date on which this Order is electronically docketed, confirmation of his access to equipment meeting the technical specifications required for CM/ECF access and his agreement to abide by the *ECF Manual*. Should Plaintiff fail to confirm his access to the necessary equipment in accordance with this Order, the Court may revoke Plaintiff's electronic filing privileges.

**IT IS SO ORDERED.**

Dated: April 7, 2021

Hon. Janis L. Sammartino
United States District Judge