UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLARD RICHARD STROUD, JR., Plaintiff, v. JESUS LIZARRAGA, et al., Defendants. | Case No.: 18cv515-JLS-MDD  **ORDER GRANTING MOTION TO VACATE PRETRIAL DEADLINES**  [ECF No. 95] |
|---|---|

On July 6, 2021, Defendants moved to vacate all remaining pretrial deadlines pending a ruling on the motion for summary judgment filed on May 19, 2021. (ECF No. 95). Upon due consideration and good cause appearing, the Court **GRANTS** the motion. All remaining deadlines are **VACATED**. The parties are **ORDERED** to contact the chambers of Magistrate Judge Mitchell D. Dembin within three days of a ruling on the pending motion for summary judgment to reset pretrial dates if appropriate.

**IT IS SO ORDERED**.

Dated: July 8, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge