UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD RICHARD STROUD, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHERIFF WILLIAM D. GORE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-515-JLS (MDD)<br><br>**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE DEADLINE FOR SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 106) |

　　　Presently before the Court is Defendants Sergeant Paul Michalke, Detective Benjamin Shea, and Sergeant Jesus Lizarraga's (collectively, the "County Defendants") *Ex Parte* Motion to Continue Deadline for Supplemental Motion for Summary Judgment ("*Ex Parte* Mot.," ECF No. 106). Counsel for the County Defendants represent that good cause exists for a two-week extension of their deadline to file their supplemental motion for summary judgment in light of their large workload. *See id.* at 2. No opposition to the *Ex Parte* Motion has been filed.

　　　Good cause appearing, the Court **GRANTS** the *Ex Parte* Motion. The County Defendants **SHALL FILE** their Supplemental Motion for Summary Judgment on or before April 21, 2022. Plaintiff Willard Richard Stroud, Jr., **SHALL FILE** his opposition on or

/ / /

1

before May 5, 2022. The County Defendants **MAY FILE** their reply, if any, on or before May 12, 2022.

     **IT IS SO ORDERED.**

Dated: April 1, 2022

                                                   */s/ Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge