UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD RICHARD STROUD, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF WILLIAM D. GORE, et al.,<br><br>Defendants. | Case No.: 18-CV-515-JLS (MDD)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 108) |

Presently before the Court is Defendants Sergeant Paul Michalke, Detective Benjamin Shea, and Sergeant Jesus Lizarraga's Motion for Reconsideration ("Mot.," ECF No. 108). No opposition to the Motion has been filed. The Court finds this matter appropriate for disposition without oral argument and accordingly **VACATES** the hearing scheduled for 1:30 p.m. on May 26, 2022, pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: May 20, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge