UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD RICHARD STROUD, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF WILLIAM D. GORE, et al.,<br><br>Defendants. | Case No.: 18-CV-515-JLS (MDD)<br><br>**ORDER SUA SPONTE RESETTING FINAL PRETRIAL CONFERENCE**<br><br>(ECF No. 121) |

The Parties are presently scheduled to appear before the Court for a Final Pretrial Conference at 1:30 p.m. on December 15, 2022. To accommodate its own schedule, the Court sua sponte **RESETS** the Final Pretrial Conference for <u>1:30 p.m. on January 12, 2023</u>. All other dates and deadlines in the Amended Scheduling Order (ECF No. 121), including, without limitation, the deadline for the Proposed Pretrial Order, remain unchanged.

**IT IS SO ORDERED.**

Dated: December 1, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge