Joseph Barbarie
LAW OFFICES OF JOSEPH C. BARBARIE
3232 Governor Drive, Suite A
San Diego, CA 92122
Tel.: 858-453-6122
Fax: 858-453-2155
Email: sandblaw@gmail.com

Attorney for Plaintiff Willard R. Stroud, Jr.

CLAUDIA G. SILVA, County Counsel
By  STEVEN P. INMAN, II, Senior Deputy (SBN 227748)
     ALEXA KATZ, Senior Deputy (SBN 317968)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 6417; Fax: (619) 531-6005
E-mail: steven.inman@sdcounty.ca.gov

Attorneys for Defendants Sergeant Paul Michalke, Detective Benjamin Shea, and Sergeant Jesus Lizarraga

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willard Richard Stroud, Jr.<br><br>　　Plaintiff,<br><br>　v.<br><br>County of San Diego and Detective Jesus Lizarraga, B. Shea, Sergeant Michalke and DOES 1-25.<br><br>　　Defendants. | No. 18-cv-0515-JLS-MDD<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff Willard R. Stroud, Jr., on the one hand, and Defendants Jesus Lizarraga, Benjamin Shea, and Paul Michalke, on the other hand, by and through their attorneys of record, jointly move the Court to dismiss the above-entitled action in its entirety and with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: March 7, 2023                LAW OFFICES OF JOSEPH C. BARBARIE

                                    By:  s/JOSEPH C. BARBARIE
                                    Attorney for Plaintiff Willard R. Stroud, Jr.

DATED: March 7, 2023                CLAUDIA G. SILVA, County Counsel

                                    By: s/STEVEN P. INMAN II, Senior Deputy
                                    Attorneys for Defendants Sergeant Paul Michalke, Detective Benjamin Shea, and Sergeant Jesus Lizarraga

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED: March 7, 2023                CLAUDIA G. SILVA, County Counsel

                                    By: s/STEVEN P. INMAN II, Senior Deputy
                                    Attorneys for Defendants Sergeant Paul Michalke, Detective Benjamin Shea, and Sergeant Jesus Lizarraga