# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On March 7, 2023, I served the following documents: **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** in the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

Joseph Barbarie
Law Offices of Michael P. Sousa
3232 Governor Drive
Suite A
San Diego, CA 92122
858-453-6122
Fax: 858-453-2155
Email: sandblaw@gmail.com

Executed on March 7, 2023, at San Diego, California.

By: s/STEVEN P. INMAN, II
steven.inman@sdcounty.ca.gov

*Stroud v. Gore et al*; U.S.D.C. Case No. 3:18-cv-00515-JLS-MDD